***E-FILED - 7/3/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT A. ROJAS, | ) | No. C 03-4917 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| S. GARCIA, Warden | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas petition pursuant to 28 U.S.C. § 2244(d). The clerk shall enter judgment in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.03\Rojas917.jud.wpd        1